■ WALSH & FRISCH, Respondent-Appellant, v MAHONING COAL RAILROAD COMPANY, Appellant-Respondent. — Order, Supreme Court, New York County (Herman Cahn, J.), entered on July 7, 1983, unanimously modified as per the stipulation of the parties herein dated September 19, 1983, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Carro, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MYERS, Also Known as KENTON MYERS, Appellant. — Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on December 10, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Carro, Bloom and Lynch, JJ.

■ In the Matter of JAMIE D., Appellant. — Upon remittitur from the Court of Appeals, order, Family Court, Bronx County (Mainzer, J.), entered November 3, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Ross, Silverman and Lynch, JJ.